# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY SANDERS, individually and<br>on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STEVENS TRUCKING COMPANY,<br>KWS LEASING LLC, and KENNEY<br>STEVENS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-25-410-SLP<br>)<br>)<br>)<br>)<br>)<br>) |

# **O R D E R**

Before the Court is Defendants' Unopposed Motion to Substitute Counsel [Doc. No. 21] filed by Seth Day.  Mr. Day has filed an Entry of Appearance [Doc. No. 11] on behalf of all Defendants.  The Court also granted motions for admission pro hac vice on behalf of Defendants for attorneys Andrew J. Butcher, Emily A. Quillen, and Jasmine M. Bouche. *See* [Doc. Nos. 15–19].  Their appearances have not been filed yet.  Defendants also appear to be represented by Gregg J. Lytle.  While the record reflects that Mr. Lytle has not filed a formal entry of appearance, Mr. Lytle has sought relief on behalf of Defendants and therefore appears to represent them.  *See* [Doc. Nos. 6–7].

Mr. Day seeks to be substituted as Defendants' counsel.  The Local Civil Rules, however, do not recognize a substitution of counsel.  *See* LCvR 83.4 ("In the event a party should change or add counsel, the new or additional counsel shall enter an appearance by signing and filing an entry of appearance on the form prescribed by the clerk of this court.").

The Court directs attorney Gregg J. Lytle to file a proper motion requesting leave to withdraw as counsel for the Defendants he represents. LCvR 83.5 ("In civil cases, attorneys of record shall not withdraw from the case except by leave of the judge to whom the case is assigned, upon reasonable notice to the client and all other parties who have appeared in the case.).

IT IS THEREFORE ORDERED that the Motion to Substitute Counsel [Doc. No. 21] filed by Seth Day is DENIED without prejudice to the filing of a motion to withdraw by attorney Lytle.

IT IS FURTHER ORDERED that Mr. Lytle shall file a Motion for Leave to Withdraw in compliance with local rules within seven (7) days of this Order.  Should Mr. Lytle fail to follow the Court's directive, and because he has not filed a formal entry of appearance, Mr. Lytle will be deemed to have withdrawn.

IT IS SO ORDERED this 9th day of June, 2025.


SCOTT L. PALK
UNITED STATES DISTRICT JUDGE